The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| R.D. and C.D.,<br><br>   Plaintiffs,<br><br>   v.<br><br>BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Washington; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation,<br><br>   Defendants. | NO.  2:10-cv-01006 RBL<br><br>DECLARATION OF MICHAEL ROSENBERGER IN SUPPORT OF CHURCH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

MICHAEL ROSENBERGER declares as follows:

1.   I am one of the attorneys representing Defendant Corporation of the President of The Church of Jesus Chris of Latter-day Saints ("the Church") in this matter.  I make this declaration based upon personal knowledge.

2.   Attached as Exhibit 1 is a true and accurate copy of R.D.'s typewritten notes dated May 19, 2010.  They were produced at the deposition of Mark Whitehill, Ph.D., plaintiffs' expert psychologist, pursuant to a subpoena duces tecum for his file on this case.

DECLARATION OF MICHAEL ROSENBERGER IN SUPPORT OF CHURCH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1
No. 2:10-cv-01006

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

3. Attached as Exhibit 2 is a true and accurate copy of an excerpt from plaintiff R.D.'s responses to the Church's interrogatories and requests for production.

4. Attached as Exhibit 3 is a true and accurate copy of a letter written by plaintiffs' mother, Alberta Dickson, to Gary Reese, dated April 13, 2009.

5. Attached as Exhibit 4 are true and accurate copies of excerpts from the depositions of R.D.

6. Attached as Exhibit 5 are true and accurate copies of excerpts from the depositions of C.D.

7. Attached as Exhibit 6 are true and accurate copies of excerpts from the deposition of Gary Reese.

8. Attached as Exhibit 7 are true and accurate copies of excerpts from the deposition of Dennis Scott.

9. Attached as Exhibit 8 are true and accurate copies of excerpts from the deposition of Peter Arnold.

10. Attached as Exhibit 9 are true and accurate copies of excerpts from the deposition of Gary Schoener.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 23rd day of November, 2011, at Seattle, Washington.

s/*Michael Rosenberger*
Michael Rosenberger, WSBA #17730

DECLARATION OF MICHAEL ROSENBERGER IN SUPPORT OF CHURCH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 2
No. 2:10-cv-01006

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

Kevin P. Sullivan
ksullivan@sullthor.com

Thomas N. Petersen
litigation@blackchapman.com

Kelly P. Corr
kcorr@corrcronin.com

William R. Squires III
rsquires@corrcronin.com

Barbara J. Kastama
bkastama@corrcronin.com

G. Perrin Walker
pwalker@vjglaw.com

Francis S. Floyd
ffloyd@floyd-ringer.com

Thomas B. Nedderman
tnedderman@floyd-ringer.com

*s/ Michael Rosenberger*
Michael Rosenberger, WSBA #17730

DECLARATION OF MICHAEL ROSENBERGER IN SUPPORT OF CHURCH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 3
No. 2:10-cv-01006

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292