Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.D. and C.D.,<br><br>                Plaintiffs,<br><br>                v.<br><br>BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Washington; CORPORATION of the PRESIDENT of the CHURCH of JESUS CHRIST of LATTER-DAY SAINTS and SUCCESSORS, a foreign corporation; and PACIFIC HARBORS COUNCIL, BOY SCOUTS OF AMERICA, fka MT. RAINIER COUNCIL, a Washington corporation.<br><br>                Defendants. | CAUSE NO.  2:10-cv-01006-RBL<br><br>**DECLARATION OF THOMAS N. PETERSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT BOY SCOUTS OF AMERICA FOR SUMMARY JUDGMENT OF DISMISSAL**<br><br>**NOTE ON MOTION CALENDAR:  December 16, 2011** |

I, Thomas N. Petersen, do declare that:

1.  I am one of the plaintiffs' attorneys in this matter and know the following facts.

    If called to testify thereto, I could and would competently do so.

2.  Attached hereto as Exhibit A are true and correct copies of the deposition of

    James Terry, all pages and exhibits 3, 4, 13-15, 19, and 20.

3.  Attached hereto as Exhibit B are true and correct copies of the deposition of Grant

    Robinson, pages 1-32, 80-82, 104, 109-114, 135-136.

 - 1 **DECLARATION OF THOMAS N. PETERSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT BOY SCOUTS OF AMERICA FOR SUMMARY JUDGMENT OF DISMISSAL**

4.  Attached hereto as Exhibit C are true and correct copies of the 1967 and 1968
    Troop 190 Charters.

5.  Attached hereto as Exhibit D are true and correct copies of the Boy Scouts of
    America Rules and Regulations.

6.  Attached hereto as Exhibit E are true and correct copies of the Mount Rainier
    Council Articles and Bylaws.

7.  Attached hereto as Exhibit F is a true and correct copy of a 1935 New York Times
    article regarding Red Flag Files.

8.  Attached hereto as Exhibit G is a true and correct copy of an excerpt from the
    1968 Scoutmaster's Handbook.

9.  Attached hereto as Exhibit H are true and correct copies of the deposition of Gary
    Reese, pages 15-16, 25, 26-27, 30, 35, 36, 39-40, 61, 94, 96, 116, 118, 121, 140-
    142, 161, 164.  Ex. 4.

10. Attached hereto as Exhibit I are true and correct copies of the deposition of R.D.,
    pages 60-63, 73-76, 80-82, 89-91, 93-95, 162, Ex. 6.

11. Attached hereto as Exhibit J are true and correct copies of the deposition of C.D.,
    pages 20-22, 27-34, 43-44, 50-58, 60-65, 185.

12. Attached hereto as Exhibit K are true and correct copies of the deposition of Mark
    Dickson, pages 1-20, 48-49, 108-109.

13. Attached hereto as Exhibit L are true and correct copies of the deposition of Bart
    Dickson, pages 1-10.

/ / /

 - 2 DECLARATION OF THOMAS N. PETERSEN IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT BOY SCOUTS OF AMERICA
FOR SUMMARY JUDGMENT OF DISMISSAL

14. Attached hereto as Exhibit M are true and correct copies of the deposition of

James Ely.


DATED this 9th day of December, 2011.

BLACK, CHAPMAN, WEBBER & STEVENS


By:___Thomas N. Petersen_____
        Thomas N. Petersen
        Attorneys for Plaintiffs
        WSBA #32643

**- 3 DECLARATION OF THOMAS N. PETERSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT BOY SCOUTS OF AMERICA FOR SUMMARY JUDGMENT OF DISMISSAL**

## CERTIFICATE OF SERVICE

I hereby certify that on the December 9, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Kelly P. Corr | *Counsel for Defendant Boy Scouts of America* |
| Ms. Barbara J. Kastama | |
| Mr. Randy Squires | |
| Corr Cornin Michelson | |
| Baumgardner & Preece, LLP | |
| 1001 Fourth Ave., Ste. 3900 | |
| Seattle, WA 98154-1051 | |
| kcorr@corrcronin.com | |
| Bkastama@corrcronin.com | |
| rsquires@corrcronin.com | |

| | |
|---|---|
| Mr. Francis S. Floyd | *Counsel for Defendant Pacific Harbors,* |
| Mr. Thomas B. Nedderman | *Boy Scouts of America* |
| Floyd, Pflueger & Ringer P.S. | |
| 200 West Thomas Street, Suite 500 | |
| Seattle, WA 98119-4296 | |
| ffloyd@floyd-ringer.com | |
| Tnedderman@floyd-ringer.com | |

| | |
|---|---|
| Mr. Charles C. Gordon | *Counsel for Defendants Corporation of the* |
| Mr. Jeffrey Tilden | *Presiding Bishop and LDS Church* |
| Mr. Michael Rosenberger | |
| Gordon Tilden Thomas & Cordell | |
| 1001 4th Ave., Ste. 4000 | |
| Seattle, WA 98154 | |
| cgordon@gordontilden.com | |
| jtilden@gordontilden.com | |
| Mrosenberger@gordontilden.com | |

/ / /

/ / /

/ / /

CERTIFICATE OF SERVICE - 1

Mr. Kevin Sullivan                                    *Counsel for Plaintiff*
Sullivan & Thoreson
701 Fifth Ave, Ste. 3470
Seattle, WA 98104
ksullivan@sullthor.com

     DATED this 9th day of December, 2011.

                   BLACK, CHAPMAN, WEBBER & STEVENS

                   By:   s/Beth E. Sund
                         Beth E. Sund, Paralegal to
                         Thomas N. Petersen
                         Attorneys for Plaintiffs
                         WSBA #32643